[No. 21788–7–I.  Division One.  July 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHANIE L. VANDERLIP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–05375–1, Charles V. Johnson, J., entered February 17, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Pekelis, JJ.

[No. 21981–2–I.  Division One.  July 17, 1989.]

RABANCO, LTD., *Respondent,* v. THE UTILITIES AND TRANS-PORTATION COMMISSION, *Defendant,* RST DISPOSAL COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–08197–4, R. Joseph Wesley, J., entered March 2, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Forrest, J., and Schumacher, J. Pro Tem.

[No. 21961–8–I.  Division One.  July 17, 1989.]

ANNETTE BIBEAU–SCHUSTER, ET AL, *Respondents,* v. EUGENE STOCK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–02234–0, William E. Howard, J., entered March 11, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Winsor, J., and Schumacher, J. Pro Tem.